IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.

STEVEN MICHAEL BABIK
_____/

INFORMATION

1:10CR3 SPM/AK

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE

That between on or about November 2, 2009, and on or about November 30, 2009, in the Northern District of Florida, the defendant,

**STEVEN MICHAEL BABIK,**

did knowingly receive and distribute, and attempt to receive and distribute, child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, visual depictions of sexually explicit conduct, the production of which involved the use of minors engaging in sexually explicit conduct, said child pornography having been shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

Filed 01-19-10 USDC FLN 1 AM 11:32

## COUNT TWO

That on or about November 30, 2009, in the Northern District of Florida, the defendant,

**STEVEN MICHAEL BABIK,**

did knowingly possess material that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, visual depictions of sexually explicit conduct, the production of which involved the use of minors engaging in sexually explicit conduct, said images having been shipped and transported in interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations charged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

**STEVEN MICHAEL BABIK,**

## COUNT TWO

That on or about November 30, 2009, in the Northern District of Florida, the defendant,

**STEVEN MICHAEL BABIK,**

did knowingly possess material that contained images of child pornography as defined in Title 18, United States Code, Section 2256(8)(A), namely, visual depictions of sexually explicit conduct, the production of which involved the use of minors engaging in sexually explicit conduct, said images having been shipped and transported in interstate and foreign commerce by any means, including by computer, and which had been produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

## CRIMINAL FORFEITURE

The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to the provisions of Title 18, United States Code, Section 2253.

From his engagement in the violations charged in Counts One and Two of this Indictment, punishable by imprisonment for more than one year, the defendant,

**STEVEN MICHAEL BABIK,**

shall forfeit to the United States, pursuant to Title 18 United States Code, Section 2253, all of his interest in:

    (A)    Any visual depiction described in Title 18, United States Code, Section 2252A, including any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Sections 2251 through 2258;

    (B)    Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    (C)    Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendant:

    i.    cannot be located upon the exercise of due diligence;

    ii.    has been transferred, sold to, or deposited with a third party;

    iii.    has been placed beyond the jurisdiction of this Court;

    iv.    has been substantially diminished in value; or

    v.    has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(o), to seek forfeiture of any other property of the defendant, up to the value of the above forfeitable property.

All pursuant to Title 18, United States Code, Section 2253.

| | |
|---|---|
| 1-5-10 <br> DATE | *Thomas F. Kirwin* <br> THOMAS F. KIRWIN <br> UNITED STATES ATTORNEY |
| 1/6/10 <br> DATE | *A. T. Williams* <br> A. T. WILLIAMS <br> ASSISTANT U.S. ATTORNEY |