IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                               CASE NO. 1:10-CR-03-SPM

STEVEN MICHAEL BABIK,

    Defendant.
_____/

## ORDER RECOMMENDING PLACEMENT IN
## MINIMUM-SECURITY FACILITY

THIS CAUSE comes before the Court upon the "Defendant's Motion for Judicial Sentencing Recommendation and Incorporated Memorandum of Law" (doc. 40) filed September 20, 2010, requesting that this Court make a recommendation to the Bureau of Prisons (BOP) for Mr. Babik's designation to a minimum-security facility.

Under BOP regulations, child pornography offenses are included in the "sex offender" Public Safety Factor (PSF), which prohibits a designation to a minimum-security facility. *See* BOP Program Statement P5100.08, ch. 2 at 4, 8.

However, if the Court recommends a particular institution or program, that recommendation, called a "management variable", enables BOP to waive the PSF and assign Mr. Babik to a minimum-security institution. *See* BOP Program Statement P5100.08, ch. 5 at 3-4. *See also* 18 U.S.C. § 3621(b)(4)(B) (directing that BOP consider statements by the sentencing court "recommending a type of penal or correctional facility as appropriate").

Having reviewed the court file, and having heard the sentencing presentation

made by both parties on September 17, 2010, the Court finds that the PSF of "sex offender" is unnecessary. Mr. Babik has no previous criminal history. His offense consisted solely of viewing images of child pornography, and did not consist of selling or purchasing images, posting images to websites, subscribing to websites, entering chatrooms, or establishing contact with or touching any children. Placement in a minimum-security institution would better suit Mr. Babik's needs and his abilities to contribute.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The "Defendant's Motion for Judicial Sentencing Recommendation and Incorporated Memorandum of Law" (doc. 40) is hereby granted.

2. The Court specifically recommends that Mr. Babik be placed in a minimum-security facility for the reasons set forth above.

**DONE AND ORDERED** this twenty-third day of September, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge