PROB 12B
FLNP(2/2013)

# Northern District of Florida
## REQUEST FOR MODIFYING THE CONDITIONS OR TERM OF SUPERVISION
### WITH CONSENT OF THE OFFENDER
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:   Steven Michael Babik                                     Case Number:  1:10CR00003

Name of Sentencing Judicial Officer:   Stephan P. Mickle, Chief U.S. District Judge

Date of Original Sentence:   September 17, 2010

Original Offense:   Receipt or Distribution or Attempted Receipt or Distribution of Child Pornography, 18 U.S.C. §§ 2252A(a)(2)(A), and 2252A(b)(1).

Original Sentence:  151 months imprisonment, to be followed by Life supervised release.

Type of Supervision:  Supervised Release     Date Supervision Scheduled to Commence:   7/20/2021

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ years, for a total of _____ years.

☒ To modify the conditions of supervision as follows:

"The defendant shall be required to submit to periodic polygraph testing at the discretion of the probation office, as a means to ensure that he or she is in compliance with the requirements of supervision or treatment program."

Babik, Steven
Request for Modifying the Conditions or Term of Supervision
Page 2

## CAUSE

The defendant was convicted of a federal sex offense and is required to register under SORNA as a sexual offender. Participation in sex offender counseling is an integral component of the containment approach of effectively supervising defendants convicted of sex offenses and in controlling the risk to the community. Polygraph exams are an integral part of sex offender counseling to ensure compliance with treatment.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by  Dennis J. Thomson

U.S. Probation Officer
Date:  August 3, 2021

Babik, Steven
Request for Modifying the Conditions or Term of Supervision
Page 3

---

☐ No Action

☐ The Extension of Supervision as Noted Above

☒ The Modification of Conditions as Noted Above

☐ Other -

s/ Mark E. Walker, Chief District Judge, Northern District of Florida
Signature of Judicial Officer

August 3, 2021
Date
